PHILIP B. FREEMAN, on Behalf of Himself and Others, Appellant, *v.* ASHTON G. BEAN et al., Defendants, and THE WHITE MOTOR COMPANY, Respondent.

(Argued March 5, 1935; decided March 19, 1935.)

*Gustavus A. Rogers* and *Abraham Benedict* for appellant.

*Frederick H. Wood* and *Harold F. McGuire* for defendant-respondent, appearing specially.

Order affirmed, with costs. First question certified answered in the negative; third question certified answered in the affirmative; and second question certified not answered. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN and FINCH, JJ.